UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In re:                                              Case No. 10-26607-BKC-LMI

**TOVAR, EDGAR ALFONSO**
**TOVAR, MARIA-INES**                               Chapter 7
         Debtor(s)
_____/

### NOTICE OF DEPOSIT OF FUNDS WITH THE
### U.S. BANKRUPTCY COURT CLERK

Notice is hereby given that:

(x)   The trustee has a balance of **$542.02** remaining in the trustee's account which represents un-presented checks drawn and mailed to creditors of the above named Debtor pursuant to the final distribution under §§726, 1226 or 1326 of Title 11 in a case under Chapter 7, 12 or 13 of Title 11.  The trustee has made a good faith effort to verify the correct mailing address for said creditors(s) and deliver the funds before presenting this notice.  More than sufficient time has passed for these checks to be presented for payment; or

( )   The trustee has a balance of $_____ remaining in the trustee's account which represents small dividends as defined by FRBP 3010.

Attached and made a part of this notice is a list, pursuant to FRBP 3011, of the names, claim numbers and addresses of the claimants and the amount to which each is entitled.

WHEREFORE, the trustee hereby gives notice that the above stated sum has been deposited with the Clerk of the U.S. Bankruptcy Court, Southern District of Florida, to affect closing of this estate.

I HEREBY CERTIFY that a true and correct copy of the foregoing was served as listed below on this 13th day of May, 2013.

| **SERVED VIA US MAIL** | **SERVED ELECTRONICALLY** |
|---|---|
| Edgar A. & Maria Tovar | USTPRegion21.MM.ECF@usdoj.gov |
| 11971 SW 103 Street | Assistant US Trustee |
| Miami FL 33186 | cpugatch.ecf@rprslaw.com |
|  | Chad P. Pugatch Esq. |
|  | ggrossman@astidavis.com |
|  | Gregory S. Grossman Esq. |

                                    /s/ Barry E. Mukamal
                              Barry E. Mukamal, Trustee
                              1 S.E. Third Avenue, Box 158
                              Miami, FL  33131
                              Telephone:  (305) 995-9798

**TOVAR, EDGAR ALFONSO**
**TOVAR, MARIA-INES**
**Case No. 10-26607-BKC-LMI**

**UNCLAIMED FUNDS**

| CLAIM NO | CLAIMANT | AMOUNT |
|----------|----------|--------|
| 10 | Rogelio Pelayo Silverio<br>c/o Astigarraga Davis Mullins & Grossman PA<br>701 Brickell Ave, 16th Floor<br>Miami, FL 33131<br>Attn:  Gregory S. Grossman, Esq. | $ 542.02 |
|  |  |  |
|  |  |  |
|  |  |  |